TEXAS GUINAN JOHNSON v. NICHOLAS KESSEL.—Motion granted. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

FRANK SPEISER v. COLUMBIA METAL BOX CO., INC., and Others.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

JEAN KIRKPATRICK TOWNSEND and Others v. ELIZABETH CLARK, as Administratrix, etc.— Motion denied, with ten dollars costs, on the ground that the application should be made at the Special Term. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

UNITED COLOR AND PIGMENT COMPANY v. MORGAN M. MANN, as Receiver, etc.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

THE AMERICAN BANK v. EDITH OTIS GOSS.— Motion granted; questions certified. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

TOBIAS KLIPSTEIN v. WOLFSON HOLDING CORPORATION and Others.— Motion granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points to be filed so that appeal can be argued on or before May 29, 1923. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

In the Matter of ALEXANDER ACKERSON, an Attorney. In the Matter of MICHAEL W. CASEY, an Attorney. In the Matter of FRANCIS KNOWLES, an Attorney. In the Matter of JACOB MAKAY, an Attorney. In the Matter of EUGENE F. McGEE, an Attorney. In the Matter of BENJAMIN MARCUS, an Attorney. In the Matter of WILLIAM C. MAYNE, an Attorney.— Motions granted and references ordered to Hon. John W. Goff, official referee. Settle orders on notice. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

---

## SECOND DEPARTMENT, APRIL, 1923.

JOHN W. AMES, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present —Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

SAMUEL BLANK and Others, Appellants, v. MORRIS B. EVENS, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

FREDA BLUTH, an Infant, etc., by Her Guardian ad Litem, WILLIAM BLUTH, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Motion for stay denied. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

WILLIAM BLUTH, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Motion for stay denied. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

FRANK J. BRADLEY, etc., Respondent, v. CHARLES E. WETHEY, etc., Appellant. — Motion for leave to appeal to the Court of Appeals denied, without costs; stay continued for thirty days to enable appellant to apply to the Court of Appeals for leave to appeal to that court. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

CROWN LANDS CORPORATION OF STATEN ISLAND, Appellant, v. THE CORBIN LAND COMPANY, INC., Respondent. — Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.